IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 4271 |
| v. | ) ) ) | Honorable Judge Bucklo |
| SHAFER ENTERPRISES, LLC, and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**                                               **DEFENDANTS**

GLEN ELLYN PHARMACY, INC.                    SHAFER ENTERPRISES, LLC


s/ Dulijaza Clark                                              s/ Ryan Rodman
By one of its attorneys                                     By one of their attorneys

                                                                      Ryan J. Rodman
Dulijaza (Julie) Clark                                       David E. Walker
Edelman, Combs, Latturner & Goodwin LLC   Walker Wilcox Matousek LLP
120 S. LaSalle St., 18th Fl.                              One North Franklin Street
Chicago, IL 60603                                           Suite 3200
312-739-4200                                                 Chicago, IL 60606
                                                                      (312) 244-6700

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, certify that on January 2, 2013, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system:

>Neil E. Holmen
>Ryan J. Rodman
>David E. Walker
>Walker Wilcox Matousek LLP
>One North Franklin Street
>Suite 3200
>Chicago, IL 60606
>(312) 244-6700
>nholmen@wwmlawyers.com
>rrodman@wwmlawyers.com
>dwalker@wwmlawyers.com


>s/ Dulijaza Clark\_\_\_
>Dulijaza (Julie) Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)