UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Glen Ellyn Pharmacy, Inc.
                                    Plaintiff,

v.                                                    Case No.: 1:12−cv−04271
                                                      Honorable Elaine E. Bucklo

Shafer Enterprises, LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 24, 2013:

MINUTE entry before Honorable Elaine E. Bucklo: Pursuant to stipulation, plaintiff's individual claims against defendant are dismissed with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.